FILED
IN COURT
CHARLOTTE, N. C.

NOV 21 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:06 CR 101:W |
| ) | |
| v. ) | |
| ) | ORDER GRANTING PERMISSION |
| ) | TO APPEAR *PRO HAC VICE* |
| ) | |
| JOHN HENRY WALKER ) | |
| ) | |

IT IS HEREBY ORDERED following consideration of the Motion for *Pro Hac Vice* filed by attorney Harold Cogdell, Jr., and for good cause shown, that attorney Ceasar David Richbow is granted special admission to appear before this Court as co-counsel in the above-captioned matter.

DATED: 11/21/06

HONORABLE FRANK D. WHITNEY
U.S. DISTRICT COURT JUDGE